# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SIEGEL & SIEGEL, P.C., individually and on behalf of all others similarly situated, and SIEGEL LAW GROUP, P.C, individually and on behalf of all others similarly situated,<br><br>                    Plaintiffs,<br><br>    v.<br><br>HARTFORD CASUALTY INSURANCE COMPANY,<br><br>                    Defendant. | Civil Action No. 20-cv-04993-GHW<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A)(i), Plaintiffs Siegel & Siegel, P.C. and Siegel Law Group, P.C. give notice that the above-captioned action is hereby voluntarily dismissed without prejudice.

Date: August 19, 2020                                   Respectfully submitted,

                                                        **KAPLAN GORE LLP**

                                                        By: /s/ Darren T. Kaplan
                                                        Darren T. Kaplan, DK-8190
                                                        1359 Broadway
                                                        Suite 2001
                                                        New York, NY 10018
                                                        Tel:    (212) 999-7370
                                                        Fax:    (404) 537-3320
                                                        dkaplan@kaplangore.com

                                                        **STUEVE SIEGEL HANSON LLP**

                                                        Patrick J. Stueve KS Bar #13847
                                                        (*pro hac vice application forthcoming*)
                                                        Bradley T. Wilder D. Kan #78301
                                                        (*Admitted pro hac vice*)
                                                        Curtis Shank KS Bar #26306
                                                        (*Admitted pro hac vice*)
                                                        460 Nichols Road, Suite 200
                                                        Kansas City, Missouri 64112

Telephone: 816-714-7100
Facsimile: 816-714-7101
Email: stueve@stuevesiegel.com
Email: wilders@stuevesiegel.com
Email: shank@stuevesiegel.com

**LANGDON & EMISON LLC**

J. Kent Emison   D.Kan. #78360
(*pro hac vice application forthcoming*)
911 Main Street
PO Box 220
Lexington, Missouri 64067
Phone: (660) 259-6175
Fax: (660) 259-4571
kent@lelaw.com

**MILLER SCHIRGER LLC**

John J. Schirger  D. Kan. #78228
(*pro hac vice application forthcoming*)
Matthew W. Lytle D. Kan. #78109
(*pro hac vice application forthcoming*)
Joseph M. Feierabend  D. Kan. #78350
(*pro hac vice application forthcoming*)
4520 Main Street, Suite 1570
Kansas City, MO 64111
Telephone: (816) 561-6500
Facsimile:  (816) 561-6501
jschirger@millerschirger.com
mlytle@millerschirger.com
jfeierabend@millerschirger.com

**SHAFFER LOMBARDO SHURIN, P.C.**

Richard F. Lombardo  KS# 22326
(*Admitted pro hac vice*)
Dawn M. Parsons  KS# 16346
(*pro hac vice application forthcoming*)
Michael F. Barzee  KS# 27217
(*Admitted pro hac vice*)
Rachael D. Longhofer  KS# 25451
(*pro hac vice application forthcoming*)
2001 Wyandotte Street

        Kansas City, MO 64108
        816-931-0500
        816-931-5775 (Fax)
        rlombardo@sls-law.com
        dparsons@sls-law.com
        mbarzee@sls-law.com
        rlonghofer@sls-law.com

*Attorneys for Plaintiffs and the Proposed Classes*